**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7281**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

MARQUEL DUSHUAN RILEY, a/k/a Mark Riley,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:02-cr-00548-CMC-18)

Submitted: December 17, 2015     Decided: December 22, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marquel Dushuan Riley, Appellant Pro Se. Beth Drake, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquel Dushuan Riley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction under Amendment 782 to the Sentencing Guidelines. Riley also appeals the district court's order granting his motion for reconsideration of its order denying a sentence reduction, but again refusing a sentence reduction. We have reviewed the record and find no abuse of discretion in the district court's decision to deny Riley a sentence reduction. Accordingly, we affirm the district court's orders denying a sentence reduction under § 3582(c)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED